Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

2007 DEC 28  PM 2:05

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE    KWH
                                                        DEPUTY

Magistrate Case Number: '07 MJ 2999

The person charged as  JOSE ESTRADA aka: "Primo"  _____ now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the  NORTHERN  _____  District of  ILLINOIS EASTERN DIVISION  _____

with  CONSPIRING TO KNOWINGLY DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE  _____ , in

violation of  Title 21 USC 841(A)(1) and 846 / Conspiracy to Distribute/Possess WID Controlled Substances: to wit
Cocaine

_____

_____ .

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

DATED: 12/28/07  _____ .

Floyd Mohler, Special Agent
_____

ATF
(Name)

1

Reviewed and Approved:

Dated: 12/28/07

Assistant United States Attorney

DEC-27-2007  20:35        ATF                                                    P.01/01

AUSA Meghan Morrissey (312) 353-4045

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF _____ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA                    MAGISTRATE JUDGE VALDEZ

v.                                          WARRANT FOR ARREST

JOSE ESTRADA, aka "PRIMO"                   CASE NUMBER:

To:   The United States Marshal
      and any Authorized United States Officer

# 06CR0897

YOU ARE HEREBY COMMANDED to arrest _____JOSE ESTRADA, aka "PRIMO"_____

and bring him or her forthwith to the nearest magistrate to answer a

__Indictment  __Information  _x_Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him with:

Conspiracy to possess with intent to distribute and to distribute five kilograms or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, and mixtures containing marijuana, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

all in violation of Title __21__ United States Code, Section __846__.

Maria Valdez                                U.S. MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

_Signature of Issuing Officer_              December 1, 2006 at Chicago, Illinois
                                            Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN | | |
|--------|--|--|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

TOTAL P.01

**FILED**
03-07-07   NF
MAR 07 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                         )   No. 06 CR 897
            v.           )   Violations: Title 21, United States
                         )   Code, Sections 841(a)(1), 843(b) and 846
                         )
JOSE ESTRADA, aka "PRIMO" )
CHRIS NOVAK               )
ZEF RACI                 )   **JUDGE CASTILLO**
CARL SZAJEK, aka "CAPONE" )
ANTHONY ZIZZO, aka "MAZE" )   **MAGISTRATE JUDGE VALDEZ**

## COUNT ONE

The SPECIAL SEPTEMBER 2005 GRAND JURY charges:

Beginning no later than September 2001, and continuing until on or about December 5, 2006, at Chicago and Summit, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE ESTRADA, aka "PRIMO",
CHRIS NOVAK,
ZEF RACI,
CARL SZAJEK, aka "CAPONE",
ANTHONY ZIZZO, aka "MAZE",

defendants herein, conspired and agreed with each other and with Jesse Guajardo and others known and unknown to the Grand Jury knowingly and intentionally to distribute and to possess with intent to distribute a controlled substance, namely, five kilograms or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, and amounts of marijuana, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about July 18, 2003, at Summit, in the Northern District of Illinois, Eastern Division,

ANTHONY ZIZZO, aka "MAZE",

defendant herein, knowingly and intentionally distributed a controlled substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about August 5, 2003, at Summit, in the Northern District of Illinois, Eastern Division,

ANTHONY ZIZZO, aka "MAZE",

defendant herein, knowingly and intentionally distributed a controlled substance, namely, mixtures

containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

-3-

## COUNT FOUR

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about June 10, 2004, at Summit, in the Northern District of Illinois, Eastern Division,

### CARL SZAJEK, aka "CAPONE",

defendant herein, knowingly and intentionally distributed a controlled substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

-4-

## COUNT FIVE

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about August 3, 2004, at Summit, in the Northern District of Illinois, Eastern Division,

### CHRIS NOVAK,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about August 3, 2004, at approximately 4:47 p.m., in the Northern District of Illinois, Eastern Division,

### CHRIS NOVAK,

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), namely, possession with intent to distribute a controlled substance, as charged in Count Five of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

-6-

## COUNT SEVEN

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about October 7, 2004, at Summit, in the Northern District of Illinois, Eastern

Division,

### CARL SZAJEK, aka "CAPONE",

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled

substance, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about October 7, 2004, at approximately 7:56 p.m., in the Northern District of Illinois, Eastern Division,

### CARL SZAJEK, aka "CAPONE",

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), namely, possession with intent to distribute a controlled substance, as charged in Count Seven of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

-8-

## FORFEITURE ALLEGATIONS

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

1.       The allegations of this Indictment are realleged and fully incorporated herein for the

purpose of alleging forfeiture to the United States, pursuant to the provisions of Title 21, United

States Code, Section 853.

2.       As a result of the offenses alleged in this Indictment,

> JOSE ESTRADA, aka "PRIMO",
> CHRIS NOVAK,
> ZEF RACI,
> CARL SZAJEK, aka "CAPONE",
> ANTHONY ZIZZO, aka "MAZE",

defendants herein, have subjected to forfeiture to the United States, pursuant to Title 21, United

States Code, Section 853(a)(1) and (2), the following property and interests:

     i.       All property constituting or derived from the proceeds the defendant

obtained, directly or indirectly, as a result of his violations of Title 21,

United States Code, Section 841(c)(2), as charged in this indictment.

     ii.      All property used or intended to be used in any manner or part to

commit or facilitate the commission of the defendant's violations of

Title 21, United States Code, Section 841(c)(2), as charged in this

indictment.

3.       The interests of the defendants subject to forfeiture to the United States, pursuant to

Title 21, United States Code, Section 853, include, but are not limited to,

     a.       $1,000,000

4.       If any of the property and funds subject to forfeiture pursuant to Title 21, United

-9-

States Code, Section 853(a), as a result of any act or omission of the defendants:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

-10-