Minutes of the United States District Court
Southern District of California
JANUARY 24, 2008

Hon. __CATHY ANN BENCIVENGO__        Deputy Clerk: L. HERNANDEZ

TAPE NO. CAB08-9:32-9:53

07MJ2999-CAB        USA       vs.        JOSE ESTRADA (1)(C)(I) **06829298**

DETENTION HRG/                           DANIEL CASILLAS, CJA (1)
REMOVAL & IDENTITY
HEARING                                  AUSA: GEORGE MANAHAN

DFT WAIVES IDENTITY HEARING; WAIVER FILED
DEFENSE REQUESTS BOND FOR DFT PENDING REMOVAL; DETENTION HRG HELD.
ORAL MOTION TO DETAIN [5-1] - GRANTED WITHOUT PREJUDICE;
DFT'S MOTION FOR BOND [4-1] - DENIED
COURT ORDERS DFT DETAINED PENDING REMOVAL WITHOUT PREJUDICE; DETENTION ORDER FILED.
COURT ORDERS DFT REMOVED TO NORTHERN DISTRICT OF ILLINOIS;
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.